# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

Frances G. Post

*Plaintiff(s)*

v.                                                                Civil Action No. 1:19-cv-73

Amerisourcebergen Corporation, et al

*Defendant(s)*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award   ☐ Judgment costs   ☒ Other

other: The Court GRANTS Defendants' motion for partial summary judgment [ECF No. 105]. The Clerk is directed to enter judgment in favor of Defendants on Count Six.

This action was:

☐ tried by jury   ☐ tried by judge   ☒ decided by judge

decided by Judge  Thomas S. Kleeh

Date: August 29, 2023

*CLERK OF COURT*
Cheryl Dean Riley
/s/ H. Carson

*Signature of Clerk or Deputy Clerk*