```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF WEST VIRGINIA


FRANCES G. POST,

        Plaintiff,

   v.                                      CIVIL NO. 1:19-CV-73
                                                  (KLEEH)
AMERISOURCEBERGEN CORPORATION,
US BIOSERVICES CORPORATION,
I.G.G. OF AMERICA, INC., and
IHS ACQUISITION XXX, INC.,

        Defendants.
```

## ORDER OF DISMISSAL

The Court has been informed that this case has been compromised and settled. It is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket of the Court, subject to reopening on motion of any party, and for good cause shown, within 90 days.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

It is so **ORDERED**.

The Court **DIRECTS** the Clerk to **TERMINATE** any pending motions and to send a copy of this Order to counsel of record and any unrepresented party.

DATED: March 21, 2024

_____
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA